IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DEALER COMPUTER SERVICES, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-11-3889 |
| § | |
| OASIS MOTORS, INC., § | |
| § | |
| Defendant. § | |

**FINAL DEFAULT JUDGMENT**

The plaintiff, Dealer Computer Services, Inc., filed a Motion for Entry of Default, Motion for Default Judgment, and Motion to Confirm Arbitration Award against the defendant, Oasis Motors, Inc. a/k/a Oasis Ford. The defendant has been served but has failed to answer or otherwise appear, making entry of default proper. The Motion for Entry of Default, Motion for Default Judgment, and Motion to Confirm Arbitration Award, (Docket Entry No. 5), are granted.

Default is entered against defendant, Oasis Motors, Inc. a/k/a Oasis Ford. The arbitration award in Case No. 70 117 00427 09, *Oasis Ford, Inc. v. Dealer Computer Services, Inc.*, American Arbitration Association, is confirmed in all respects. The plaintiff, Dealer Computer Services, Inc., recovers from the defendant, Oasis Motors, Inc. a/k/a Oasis Ford, the total amount of the arbitration award, specifically $560,737.34 plus 3.25% from July 17, 2009 until paid, and additional damages of $172,958.33 plus 3.25% interest from October 11, 2011 until paid. The defendant, Oasis Motors, Inc. a/k/a Oasis Ford, must also pay the reasonable attorney's fees, expenses, and costs incurred by the plaintiff, Dealer Computer Services, Inc., in the amount of $500.00.

This is a final judgment.

SIGNED on March 12, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge